Elizabeth R. Kennar, WSBA #25432
J. Chad Mitchell, WSBA #39689
David H. Smith, WSBA #10721
Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104-2682
(206) 676-7000
*bethk@summitlaw.com*
*chadm@summitlaw.com*
*davids@summitlaw.com*

The Honorable Thomas O. Rice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

TRAVIS JAY WISE, CHELSIE
BYROADS, ANDILEE JORDAN,
DANIEL BETZ, DAVID
CHARBONNEAU, CHERYL
BERNARD, DESIRAE KING, JERRY
LEASE, JORDAN LOZARO,
LAURECE RUST, MARY DRASS,
NADIA FEDOROVA, TERRY DUNN,
RITA WALDO, LEVI HINES,
CHRISTOPHER MOORE, SHELLEY
ENGLE, JACOB WOLFE, GRANT
RODKEY, THOMAS FORSYTH, and
TRAVIS YEAGER, on behalf of
themselves and those similarly situated,

                    Plaintiffs,

vs.

GOVERNOR JAY INSLEE, IN HIS
OFFICIAL CAPACITY; DONALD
CLINTSMAN, IN HIS OFFICIAL
CAPACITY AS THE SECRETARY

CASE NO. 2:21-cv-00288-TOR

DEFENDANT BRIAN
SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED
COMPLAINT

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

OF DEPARTMENT OF SOCIAL AND
HEALTH SERVICES; CHIEF BRIAN
SCHAEFFER, IN HIS OFFICIAL
CAPACITY AS THE CHIEF OF THE
SPOKANE FIRE DEPARTMENT;
CHIEF JOHN BATISTE, IN HIS
OFFICIAL CAPACITY AS THE
CHIEF OF THE WASHINGTON
STATE PATROL; AND ROGER
MILLAR, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF
WASHINGTON STATE
DEPARTMENT OF
TRANSPORTATION,

Defendants.

Defendant Chief of the City of Spokane Fire Department Brian Schaeffer

answers Plaintiffs' Amended Complaint (ECF No. 26) as follows:

## I.   INTRODUCTION

1.1   Answering paragraph 1.1 of the Amended Complaint, Defendant is
without sufficient information or belief to know the truth or falsity of the allegations
regarding Plaintiffs who are and/or were not employed with the City of Spokane
("City") and therefore denies the same.  With respect to Plaintiffs Travis Wise,
Daniel Betz and Jerry Lease, Defendant denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1.2   Answering paragraph 1.2 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

## II.  PARTIES AND JURISDICTION

**A.**    **Subject matter jurisdiction**

2.1   Answering paragraph 2.1 of the Amended Complaint, Defendant admits this lawsuit was brought pursuant to 28 U.S.C. 1331.  By way of further response, Defendant denies there is supplemental jurisdiction pursuant to 28 U.S.C. 1367. Except as so answered, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

**B.**    **Venue**

2.2   Answering paragraph 2.2 of the Amended Complaint, Defendant admits venue is proper.  Except as so admitted, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

**C.**    **Personal jurisdiction**

2.3   Answering paragraph 2.3 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2.3.1   Answering paragraph 2.3.1 of the Amended Complaint, Defendant admits Defendant Jay Inslee, is the Governor of Washington and Plaintiffs purport to bring this lawsuit against Governor Inslee in his official capacity and only for equitable relief, not for damages, with ancillary attorney fees if available. Except as so answered, Defendant denies the remaining allegations of Paragraph 2.3.1.

2.3.2   Answering paragraph 2.3.2 of the Amended Complaint, Defendant admits Plaintiffs purport to file suit against the City "only to the extent it is not an "arm of the state" for purposes of 42 U.S.C. 1983." Except as so answered, Defendant denies the remaining allegations of Paragraph 2.3.2.

2.3.3   Answering paragraph 2.3.3 of the Amended Complaint, Defendant denies the same.

2.3.4   Answering paragraph 2.3.4 of the Amended Complaint, Defendant is without sufficient information or belief to the know the truth or falsity of the allegations, and therefore denies the same.

2.3.5   Answering paragraph 2.3.5 of the Amended Complaint, Defendant is without sufficient information or belief to the know the truth or falsity of the allegations, and therefore denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 4

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

2.3.6  Answering paragraph 2.3.6 of the Amended Complaint, Defendant is without sufficient information or belief to the know the truth or falsity of the allegations, and therefore denies the same.

2.4  Answering paragraph 2.4 of the Amended Complaint, Defendant respond that the paragraph states a legal conclusion to which no response is required.  To the extent a response is required, Defendant admits that the Plaintiffs' complaint should not violate the Eleventh Amendment of the U.S. Constitution.  Defendant denies any remaining allegations.

2.5  Answering paragraph 2.5 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.[1]

2.5.2  Answering paragraph 2.5.2 of the Amended Complaint, Defendant admits the same.

2.5.3  Answering paragraph 2.5.3 of the Amended Complaint, Defendant admits the same.

2.5.4  Answering paragraph 2.5.4 of the Amended Complaint, Defendant admits the same.

---

[1] Paragraph 2.5.1 is missing from Plaintiffs' Amended Complaint.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 5

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

2.5.5    Answering paragraph 2.5.5 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.6    Answering paragraph 2.5.6 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.7    Answering paragraph 2.5.7 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.8    Answering paragraph 2.5.8 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.9    Answering paragraph 2.5.9 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.10    Answering paragraph 2.5.10 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

2.5.11   Answering paragraph 2.5.11 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.12   Answering paragraph 2.5.12 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.13   Answering paragraph 2.5.13 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.14   Answering paragraph 2.5.14 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.15   Answering paragraph 2.5.15 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.16   Answering paragraph 2.5.16 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 7

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

2.5.17   Answering paragraph 2.5.17 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.18   Answering paragraph 2.5.18 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.19   Answering paragraph 2.5.19 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.20   Answering paragraph 2.5.20 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.21   Answering paragraph 2.5.21 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

2.5.22   Answering paragraph 2.5.22 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

2.5.23   Answering paragraph 2.5.23 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

## III.   FACTS

3.1   Answering paragraph 3.1 of the Amended Complaint, Defendant admits the Proclamation was issued on September 27, 2021.  By way of further answer, Defendant avers that the Proclamation speaks for itself.

3.2   Answering paragraph 3.2 of the Complaint, Defendant avers that the Proclamation speaks for itself.

3.3   Answering paragraph 3.3 of the Complaint, Defendant denies the same.

3.4   Answering paragraph 3.4 of the Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.5   Answering paragraph 3.5 of the Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.6   Answering paragraph 3.6 of the Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

3.7   Answering paragraph 3.7 of the Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.8   Answering paragraph 3.8 of the Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.9   Answering paragraph 3.9 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.10   Answering paragraph 3.10 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.11   Answering paragraph 3.11 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.12   Answering paragraph 3.12 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

3.13    Answering paragraph 3.13 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.14    Answering paragraph 3.14 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations and therefore denies the same.

3.15    Answering paragraph 3.15 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.16    Answering paragraph 3.16 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.17    Answering paragraph 3.17 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.18    Answering paragraph 3.18 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

3.19    Answering paragraph 3.19 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.20    Answering paragraph 3.20 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.21    Answering paragraph 3.21 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.22    Answering paragraph 3.22 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.23    Answering paragraph 3.23 of the Amended Complaint, Defendant avers the September 23, 2021 letter speaks for itself.

3.24    Answering paragraph 3.24 of the Amended Complaint, Defendant avers the September 23, 2021 letter speaks for itself.

3.25    Answering paragraph 3.25 of the Amended Complaint, Defendant avers the September 23, 2021 letter speaks for itself.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 12

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

3.26  Answering paragraph 3.26 of the Amended Complaint, Defendant avers the September 23, 2021 letter speaks for itself.

3.27   Answering paragraph 3.27 of the Complaint, Defendant admits they offered several accommodations to include, job reassignment, essential function layoff, paid leave, leave of absence without pay, resignation, retirement and a non-disciplinary separation. Except as so answered, Defendant denies the same.

3.28   Answering paragraph 3.28 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.29   Answering paragraph 3.29 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.30   Answering paragraph 3.29 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.31   Answering paragraph 3.30 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

3.32    Answering paragraph 3.31 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.33    Answering paragraph 3.32 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.34    Answering paragraph 3.34 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.35    Answering paragraph 3.35 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.36    Answering paragraph 3.36 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.37    Answering paragraph 3.37 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 14

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

3.38    Answering paragraph 3.38 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.39    Answering paragraph 3.39 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.40    Answering paragraph 3.40 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.41    Answering paragraph 3.41 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.42    Answering paragraph 3.42 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.43    Answering paragraph 3.43 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

3.44    Answering paragraph 3.44 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.45    Answering paragraph 3.45 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.46    Answering paragraph 3.46 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

3.47    Answering paragraph 3.47 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.48    Answering paragraph 3.48 of the Amended Complaint, Defendant is without sufficient information or belief to know the truth or falsity of the allegations, and therefore denies the same.

3.49    Answering paragraph 3.49 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 16

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

3.50   Answering paragraph 3.50 of the Amended Complaint, Defendant is without sufficient information to know the truth or falsity of the allegations, and therefore denies the same.

## IV.    FIRST CAUSE OF ACTION

### Injunctive Relief Against Governor Inslee; Damages Where Proved Against Non-State Defendants

### Violation of 42 U.S.C. 1983

4.1   Answering paragraph 4.1 of the Amended Complaint, Defendant reallege and incorporate herein by reference all previous responses and denials to the allegations of the Amended Complaint.

4.2   Answering paragraph 4.2 of the Amended Complaint, Defendant avers that the allegation state a legal conclusion to which no response is required.  By way of further answer, Defendant denies the allegations.

4.3   Answering paragraph 4.3 of the Amended Complaint, Defendant denies the same.

4.4   Answering paragraph 4.4 of the Amended Complaint, Defendant denies the same.

## V.    SECOND CAUSE OF ACTION

### Governor's Proclamation Is Ultra Vires and Void, Without Legal Effect; Injunctive Relief Sought

### A.    Wrongful Delegation of Legislative Powers and Improper Execution of Emergency Powers

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

5.1    Answering paragraph 5.1 of the Amended Complaint, Defendant reallege and incorporate herein by reference its responses and denials to the allegations of the Amended Complaint.

5.2    Answering paragraph 5.2 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant avers the Constitution speaks for itself.

5.3    Answering paragraph 5.3 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. Defendant further respond that this allegation states a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the same.

5.4    Answering paragraph 5.4 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. Defendant further respond that this allegation states a legal conclusion to which no response is required.  Except as so answered, Defendant denies the allegations of paragraph 5.4.

5.5    Answering paragraph 5.5 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

required. Defendant further respond that this allegation states a legal conclusion to which no response is required.  Except as so answered, Defendant denies the allegations of paragraph 5.5.

    5.6   Answering paragraph 5.6 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. Defendant further respond that this allegation states a legal conclusion to which no response is required.  Except as so answered, Defendant denies the allegations of paragraph 5.6.

    5.7   Answering paragraph 5.7 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. Defendant further respond that this allegation states a legal conclusion to which no response is required.  Except as so answered, Defendant denies the allegations of paragraph 5.7.

    5.8   Answering paragraph 5.8 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. Defendant further respond that this allegation states a legal conclusion to which no response is required.  Except as so answered, Defendant denies the allegations of paragraph 5.8.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 19

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

5.9   Answering paragraph 5.9 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. Defendant further respond that this allegation states a legal conclusion to which no response is required.  Except as so answered, Defendant denies the allegations of paragraph 5.9.

5.10 Answering paragraph 5.10 of the Amended Complaint, Defendant respond that this cause of action is not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 5.10.

5.11 Answering paragraph 5.11 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations of paragraph 5.11.

5.12 Answering paragraph 5.12 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 5.12.

## VI.    THIRD CAUSE OF ACTION

**Deprivation of Religious Freedom, U.S. CONST., Amend. I, WASH. CONST. Art. I, Sec. 11 and the Equal Protection Clause of the 14th Amendment to the Federal Constitution (Declaratory and Injunctive Relief)**

6.1   Answering paragraph 6.1, Defendant reallege and incorporate by reference herein its responses and denials to each of the allegations.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 20

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

6.2    Answering paragraph 6.2, Defendant avers the allegations state legal conclusions to which no response is required.  Except as so answered, Defendant denies the allegations of paragraph 6.2

6.3    Answering paragraph 6.3, Defendant avers the allegations include legal conclusions to which no response is required.  By way of further answer, Defendant denies the allegations of paragraph 6.3.

6.4    Answering paragraph 6.4, Defendant avers the allegations include legal conclusions to which no response is required.  By way of further answer, Defendant denies the allegations of paragraph 6.4

6.5    Answering paragraph 6.5 of the Amended Complaint, Defendant avers the allegations include legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the same.

6.6    Answering paragraph 6.6 of the Amended Complaint, Defendant avers the allegations include legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the same.

6.7    Answering paragraph 6.7 of the Amended Complaint, Defendant denies the same.

6.8    Answering paragraph 6.8 of the Amended Complaint, Defendant denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

*Jacobson* Ostensibly Forbids Enforcement

6.9    Answering paragraph 6.9 of the Amended Complaint, Defendant admits "preservation of public health is one of the most compelling state interests that exist." Except as so answered, Defendant denies the remaining allegations of paragraph 6.9

6.10    Answering paragraph 6.10 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the allegations of paragraph 6.10.

6.11    Answering paragraph 6.11 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the allegations of paragraph 6.11.

6.12    Answering paragraph 6.12 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the allegations of paragraph 6.12.

6.13    Answering paragraph 6.13, Defendant denies the same.

## VII.    FOURTH CAUSE OF ACTION

### Procedural Due Process

7.1    Answering paragraph 7.1, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the allegations.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

7.2   Answering paragraph 7.2, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the allegations.

7.3   Answering paragraph 7.3 of the Amended Complaint, Defendant denies the same.

7.4   Answering paragraph 7.4 of the Amended Complaint, Defendant denies the same.

## VIII.  FIFTH CAUSE OF ACTION

### Substantive Due Process

8.1   Answering paragraph 8.1 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

8.2   Answering paragraph 8.2 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

8.3   Answering paragraph 8.4 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

8.4   Answering paragraph 8.4 of the Amended Complaint, Defendant denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

8.5    Answering paragraph 8.5 of the Amended Complaint, Defendant denies the same.

8.6    Answering paragraph 8.6 of the Amended Complaint, Defendant denies the same.

## IX.    SIXTH CAUSE OF ACTION

### Taking and Violations of the Contracts Clause

*Taking Property Without Just Compensation*

9.1    Answering paragraph 9.1 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

9.2    Answering paragraph 9.2 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

9.3    Answering paragraph 9.3 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

9.4    Answering paragraph 9.4 of the Amended Complaint, Defendant denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

9.5   Answering paragraph 9.5 of the Amended Complaint, Defendant denies the same.

*Threats to Terminate State Employees Without Unemployment Benefits Constitute a Violation of the Equal Protection, Due Process, and Contracts Clauses*

9.6   Answering paragraph 9.6 of the Amended Complaint, Defendant avers that this paragraph is not directed to Defendant and therefore no response is required. Defendant further respond that the allegations state legal conclusions to which no response is required.  Except as otherwise answered, Defendant denies the allegations of paragraph 9.6.

9.7   Answering paragraph 9.7 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. Defendant further respond that the allegations state legal conclusions to which no response is required.  Except as otherwise answered, Defendant denies the allegations of paragraph 9.7.

9.8   Answering paragraph 9.8 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. Defendant further respond that the allegations state legal conclusions to which no response is required.  Except as otherwise answered, Defendant denies the allegations of paragraph 9.8.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

9.9   Answering paragraph 9.9 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. Defendant further respond that the allegations state legal conclusions to which no response is required.  Except as otherwise answered, Defendant denies the allegations of paragraph 9.9.

9.10 Answering paragraph 9.10 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. Defendant further respond that the allegations state legal conclusions to which no response is required.  Except as otherwise answered, Defendant denies the allegations of paragraph 9.10.

## X.     SEVENTH CAUSE OF ACTION
### Americans with Disabilities Act (ADA)

10.1 Answering paragraph 10.1 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

10.2 Answering paragraph 10.2 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 26

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

10.3 Answering paragraph 10.3 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

10.4 Answering paragraph 10.4 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

10.5 Answering paragraph 10.5 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

10.6 Answering paragraph 10.6 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

10.7 Answering paragraph 10.7 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

10.8 Answering paragraph 10.8 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 27

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

10.9 Answering paragraph 10.9 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

10.10 Answering paragraph 10.10 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

10.11 Answering paragraph 10.11 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

10.12 Answering paragraph 10.12 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

10.13 Answering paragraph 10.13 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

10.14 Answering paragraph 10.14 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 28

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

10.15 Answering paragraph 10.15 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

10.16 Answering paragraph 10.16, Defendant denies the same.

## XI.    EIGHTH CAUSE OF ACTION

## Violation of the Washington Law Against Discrimination (WLAD)

11.1     Answering paragraph 11.1 of the Amended Complaint, Defendant reallege and incorporate by reference herein its responses and denials to the allegations.

11.2 Answering paragraph 11.2 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

11.3 Answering paragraph 11.3 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

11.4 Answering paragraph 11.4 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

11.5 Answering paragraph 11.5 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

11.6 Answering paragraph 11.6 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

11.7 Answering paragraph 11.7 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

11.8 Answering paragraph 11.8 of the Amended Complaint, Defendant denies the same.

## XII.   NINTH CAUSE OF ACTION
### Cruel Punishment

12.1    Answering paragraph 12.1 of the Amended Complaint, Defendant reallege and incorporate herein by reference its answers and denials to the allegations.

12.2 Answering paragraph 12.2 of the Amended Complaint, Defendant avers that this paragraph does not apply to Defendant and therefore no response is required. Defendant further avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

12.3  Answering paragraph 12.3 of the Amended Complaint, Defendant avers that this paragraph does not apply to Defendant and therefore no response is required. Defendant further avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

12.4  Answering paragraph 12.4 of the Amended Complaint, Defendant avers that this paragraph does not apply to Defendant and therefore no response is required. Defendant further avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

12.5  Answering paragraph 12.5 of the Amended Complaint, Defendant avers that this paragraph does not apply to Defendant and therefore no response is required. Defendant further avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

12.6  Answering paragraph 12.6 of the Amended Complaint, Defendant avers that this paragraph does not apply to Defendant and therefore no response is required. Defendant further avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 31

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## XIII.  TENTH CAUSE OF ACTION

### Negligent Infliction of Emotional Distress

13.1 Answering paragraph 13.1 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

13.2 Answering paragraph 13.2 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

13.3 Answering paragraph 13.3 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

13.4 Answering paragraph 13.4 of the Amended Complaint, Defendant denies the same.

## XIV.  ELEVENTH CAUSE OF ACTION

### Battery

14.1    Answering paragraph 14.1 of the Amended Complaint, Defendant reallege and incorporate by reference its responses and denials to the allegations.

14.2 Answering paragraph 14.2 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

14.3 Answering paragraph 14.3 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

14.4 Answering paragraph 14.4 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

14.5 Answering paragraph 14.5 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

14.6 Answering paragraph 14.6 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

14.7 Answering paragraph 14.7 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

14.8 Answering paragraph 14.8 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required. By way of further answer, Defendant denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 33

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

14.9  Answering paragraph 14.9 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

14.10  Answering paragraph 14.10 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

14.11  Answering paragraph 14.11 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

14.12  Answering paragraph 14.12 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

14.13  Answering paragraph 14.13 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

14.14  Answering paragraph 14.14 of the Amended Complaint, Defendant avers that the allegations state legal conclusions to which no response is required.  By way of further answer, Defendant denies the same.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 34

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    14.15 Answering paragraph 14.5 of the Amended Complaint, Defendant denies

2    the same.

3    14.16 Answering paragraph 14.16 of the Amended Complaint, Defendant

4    denies the same.

5    14.17 Answering paragraph 14.17 of the Amended Complaint, Defendant is

6    without sufficient information or belief regarding the vaccination status of all

7    plaintiffs and therefore denies the same. Except as so answered, Defendant denies the

8    remaining allegations of paragraph 14.17.

9    14.18 Answering paragraph 14.18 of the Amended Complaint, Defendant

10    denies the same.

11    14.19 Answering paragraph 14.19 of the Amended Complaint, Defendant

12    denies the same.

13    14.20 Answering paragraph 14.20 of the Amended Complaint, Defendant

14    denies the same.

15    14.21 Answering paragraph 14.21 of the Amended Complaint, Defendant

16    denies the same.

17    14.22 Answering paragraph 14.22 of the Amended Complaint, Defendant

18    denies the same.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

14.23  Answering paragraph 14.23 of the Amended Complaint, Defendant denies the same.

14.24  Answering paragraph 14.24 of the Amended Complaint, Defendant denies the same.

## XV.   PLAINTIFFS' PRAYER FOR RELIEF

Defendant denies the allegations set forth in Plaintiffs' Prayer for Relief, including paragraphs 15.1 to 15.8.

## XVI.  AFFIRMATIVE DEFENSES

By way of further answer and as affirmative defenses, without admitting any matters previously denied, Defendant assert as follows:

1.     Plaintiffs fail to state a claim upon which relief may be granted.

2.     Plaintiffs failed to comply with the Notice of Tort Claim statute.

3.     Plaintiffs failed to exhaust their administrative remedies.

4.     Plaintiffs failed to mitigate their damages.

5.     Plaintiffs' damages, if any, were caused by their own conduct and decisions.

6.     Defendant is entitled to qualified immunity.

7.     Plaintiffs lack standing.

8.     Plaintiffs' claims are moot.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

9.    Plaintiffs' claims are unripe.

10.    Plaintiffs' claims are barred by res judicata.

11.    Plaintiffs' claims are barred by collateral estoppel.

12.    Plaintiffs' claims are barred in whole or in part by the doctrines of laches, waiver, unclean hands, accord and satisfaction, and/or ratification.

13.    Plaintiffs' claims against the Defendant should be dismissed due to the improper joinder of Defendant employers in this suit.

Defendant reserves the right to assert additional affirmative defenses, counterclaims, and third-party claims as discovery progresses.

## XVII.  PRAYER FOR RELIEF

Wherefore, Defendant prays as follows:

A.    For dismissal of Plaintiffs' claims, with prejudice;

B.    For Rule 11 sanctions and recovery of attorneys' fees and costs to the extent allowed under applicable law; and,

C.    For such other and further relief as the Court may deem just and equitable.

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 37

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1

DATED this 31st day of January, 2022.

2

SUMMIT LAW GROUP, PLLC
Attorney for Defendant Brian Schaeffer

3

4

By *s/ David H. Smith*
    Elizabeth R. Kennar, WSBA #25432

5

    J. Chad Mitchell, WSBA #39689

6

    David H. Smith, WSBA #10721

7

    Summit Law Group, PLLC
    315 Fifth Avenue South, Suite 1000

8

    Seattle, WA  98104-2682

9

    (206) 676-7000
    *bethk@summitlaw.com*

10

    *chadm@summitlaw.com*

11

    *davids@summitlaw.com*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on this day I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system which will send notification of such
filing to the following:

4

5                        Grant Wolf
                         Wolf Legal Group
6                        400 S. Jefferson Street, Suite 109
                         Spokane, WA 99204
7                        *grant@law-lynxnetwork.com*

8

9                        Milton G. Rowland
                         Law Office of Milton G. Rowland
10                       1517 W. Broadway Avenue
                         Spokane, WA 99201
11                       *milt@spokanelitigation.com*

12

13                       *Attorneys for Plaintiffs*

14                       Cristina Sepe
15                       Andrew Hughes
                         Assistant Attorney General
16                       Washington State Office
17                          of the Attorney General
                         800 5th Avenue, Suite 2000
18                       Seattle, WA 98104
19                       *cristina.sepe@atg.wa.gov*
                         *andrew.hughes@atg.wa.gov*
20

21                       Zachary Pekelis Jones
                         Kai A. Smith
22                       Pacifica Law Group
23                       1191 2nd Avenue, Suite 2000
                         Seattle, WA 98101
24                       *zach.pekelis.jones@pacificalawgroup.com,*
                         *kai.smith@pacificalawgroup.com*
25

26

DEFENDANT BRIAN SCHAEFFER'S ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT - 39

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Attorneys for Defendants Governor Jay Inslee, Donald*
*Clintsman, John Batiste, and Roger Millar*

DATED this 31ˢᵗ day of January, 2022.

                                        *s/ Denise Brandenstein*
                                        Denise Brandenstein

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104
Telephone: (206) 676-7000
Fax: (206) 676-7001