AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TRAVIS WISE, et al., <br> *Plaintiff* <br> v. <br> GOVERNOR JAY R. INSLEE, et al., <br> *Defendant* | Civil Action No. 2:21-CV-0288-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motions for Judgment on the Pleadings (ECF Nos. 69, 72) are GRANTED. The claims asserted against State Defendants Inslee, Clintsman, Batiste, and Millar, and Defendant Schaeffer are DISMISSED with prejudice. Any remaining state law claims are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on Defendants' Motions for Judgment on the Pleadings (ECF Nos. 69, 72).

Date: April 27, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry